```
KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P.O. BOX 1193
ARCATA, CA  95518
(707) 822-1611 FAX (707) 822-1044
Email: aew1950@yahoo.com
```

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| DAVID BARRY,<br><br>            Plaintiff,<br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant | Case No. 1-15-cv-00015 NJV<br><br>STIPULATION IN SUPPORT OF PLAINITFF'S DISMISSAL OF COMPLAINT |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff David Barry dismisses the Complaint in the above-captioned case, each party to bear its own fees, costs, and expenses.

Dated:  October 14, 2015                            /s/ Kenneth J. Collins
                                                    KENNETH J. COLLINS
                                                    Attorney for Plaintiff

                                                    BRIAN J. STRETCH
                                                    Acting United States Attorney

//

//

1  
2  DEBORAH LEE STACHEL  
Acting Regional Chief Counsel, Region IX  
Social Security Administration  

3  Dated: October 14, 2015  /s/ *Lynn M. Harada*  
LYNN M. HARADA  
4  Special Assistant United States Attorney  
(as authorized by email)  
5  Attorneys for Defendant  

6  

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.  

8  

9  Dated: October 15, 2015  

NANDOR J. VADAS  
10  United States Magistrate Judge  

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  

Stipulation In Support Of Plaintiff's Dismissal of Complaint  
-2-